UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br><br>                Plaintiff,<br>     v.<br>SEAN O'LEARY JR., et al.,<br>                Defendants. | C17-988 TSZ |
| VENICE PI, LLC,<br><br>                Plaintiff,<br>     v.<br>JONATHAN DUTCZAK, et al.,<br>                Defendants. | C17-990 TSZ |
| VENICE PI, LLC,<br><br>                Plaintiff,<br>     v.<br>MARTIN RAWLS, et al.,<br>                Defendants. | C17-991 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motions for extension of time to serve, docket no. 12 in C17-988 and docket no. 17 in both C17-990 and C17-991, are GRANTED as follows. The deadline for plaintiff to effect service is EXTENDED from September 28, 2017, to October 19, 2017. No further extension will be granted.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record.

        Dated this 20th day of September, 2017.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk

MINUTE ORDER - 2