Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| VENICE PI, LLC,<br>   Plaintiff,<br> v.<br>SEAN O'LEARY JR., et al.<br>   Defendants. | Civil Action No. 17-cv-988TSZ |
| VENICE PI, LLC,<br>   Plaintiff,<br> v.<br>JONATHAN DUTCZAK, et al.<br>   Defendants. | Civil Action No. 17-cv-990TSZ |
| VENICE PI, LLC,<br>   Plaintiff,<br> v.<br>MARTIN RAWLS, et al.<br>   Defendants. | Civil Action No. 17-cv-991TSZ |
| VENICE PI, LLC,<br>   Plaintiff,<br> v.<br>INA SICOTORSCHI, et al.<br>   Defendants. | Civil Action No. 17-cv-1074TSZ |

NOTICE OF UNAVAILABILITY - 1

INIP-6-0088P19 NOTUnavailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| VENICE PI, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>GREGORY SCOTT, et al.<br>　　　　　　Defendants. | Civil Action No. 17-cv-1075TSZ |
| VENICE PI, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>YELENA TKACHENKO, et al.<br>　　　　　　Defendants. | Civil Action No. 17-cv-1076TSZ |
| VENICE PI, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>CELINA POTTER, et al.<br>　　　　　　Defendants. | Civil Action No. 17-cv-1160TSZ |
| VENICE PI, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>TONJA LAIBLE, et al.<br>　　　　　　Defendants. | Civil Action No. 17-cv-1163TSZ |
| VENICE PI, LLC,<br>　　　　　　Plaintiff,<br>　　v.<br>VICTOR TADURAN, et al.<br>　　　　　　Defendants. | Civil Action No. 17-cv-1164TSZ |

NOTICE OF UNAVAILABILITY - 2

INIP-6-0088P19 NOTUnavailability



LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| VENICE PI, LLC,<br>　　　　Plaintiff,<br>　　v.<br>JESSE COOPER, et al.<br>　　　　Defendants. | Civil Action No. 17-cv-1211TSZ |
| VENICE PI, LLC,<br>　　　　Plaintiff,<br>　　v.<br>JASMINE PATTERSON, et al.<br>　　　　Defendants. | Civil Action No. 17-cv-1219TSZ |
| VENICE PI, LLC,<br>　　　　Plaintiff,<br>　　v.<br>DAVID MEINERT, et al.<br>　　　　Defendants. | Civil Action No. 17-cv-1403TSZ |

Please take notice that David A. Lowe, attorney for Plaintiff, will be unavailable from February 16, 2018 to February 26, 2018, and respectfully requests that no pleadings or motions be filed or other matters be scheduled during this time period.

RESPECTFULLY SUBMITTED February 16, 2018.

s/David A. Lowe, WSBA No. 24,453
Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Plaintiff

NOTICE OF UNAVAILABILITY - 3
INIP-6-0088P19 NOTUnavailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel or parties of record who are deemed to have consented to electronic service via the Court's CM/ECF system, and as follows via U.S. Mail:

>Jonathan Dutczak
>23240 88th Ave S., Apt. JJ204
>Kent, WA 98031
>
>Michael Smith
>521 S. Yantic Ave
>Bremerton, WA 98312

s/ David A. Lowe

NOTICE OF UNAVAILABILITY - 4

INIP-6-0088P19 NOTUnavailability

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301